MEYER
HENDRICKS
& BIVENS, PA
ATTORNEYS AT LAW

Phoenix Corp. Ctr.
3003 N. Central Ave.
Suite 1200
P.O. Box 2199
Phoenix, Arizona
85001-2199

Telephone
602-604-2200

Facsimile
602-263-5333

1  Ed Hendricks, Bar No. 002359
   Amanda D. Crutchfield, Bar No. 021735
2  **MEYER, HENDRICKS & BIVENS, P.A.**
   3003 North Central Avenue, Suite 1200
3  Phoenix, Arizona  85012-2915
   (602) 604-2200
4
5  Attorneys for Defendants Computer Software Innovations, Inc.
      and Substitute Online, Inc.
6
                    IN THE UNITED STATES DISTRICT COURT
7
                          FOR THE DISTRICT OF ARIZONA
8

|  |  |
|---|---|
| FRONTLINE DATA, INC., a Pennsylvania corporation, | NO. CIV 04-66 TUC FRZ (JM) |
| Plaintiff, | **NOTICE OF STIPULATED DISMISSAL WITHOUT PREJUDICE** |
| vs. |  |
| COMPUTER SOFTWARE INNOVATIONS, INC. D/B/A SUBSTITUTE ONLINE, INC., Washington corporations, |  |
| Defendants. |  |

    Plaintiff, FrontLine Data, Inc. ("Plaintiff"), and Defendants Computer Software Innovations, Inc. and Substitute Online, Inc. ("Defendants") through counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and jointly agree that all claims raised by Plaintiff against Defendants, and all claims raised by Defendants against Plaintiff, in this action, the same being Civil Action No. 04-CV-066, are hereby dismissed without prejudice, with each party to bear its own attorney fees and costs incurred.

    This Notice terminates and otherwise brings to a close all issues pending before the Court in Civil Action No. 04-CV-066.

//

//

//

//

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Date: December 13, 2005 | **Attorneys for Plaintiff** |

                                          <u>s/ Stephen E. Baskin</u>
Kenneth A. Godlewski (Admitted *Pro Hac Vice*)
Stephen E. Baskin (Admitted *Pro Hac Vice*)
**KILPATRICK STOCKTON LLP**
Suite 900
607 Fourteenth Street, NW
Washington, DC 20005

Cary Sandman, Esq.
**WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW AND VILLAMANA P.C.**
Suite 800
5210 E. Williams Circle
Tucson, AZ 85711
(520) 745-7811
Fax: (520) 745-1279

Date: December 13, 2005    **Attorneys for Defendants**

                                          <u>s/ Ed Hendricks</u>
Ed Hendricks, Esq.
Amanda Crutchfield, Esq.
**MEYER, HENDRICKS & BIVENS, P.A.**
3003 North Central Avenue, Suite 1200
Phoenix, AZ 85012-2915
Telephone: (602) 604-2200
Facsimile: (602) 263-5333

Jeff Haley, Esq.
**GRAYBEAL JACKSON HALEY, LLP**
155 108th Avenue, N.E.
Suite 350
Bellevue, WA 98004
Telephone: (425) 455-5575
Facsimile: (425) 455-1046

Courtesy copy of the foregoing
Mailed this 13th day of
December, 2005, to:

Honorable Frank R. Zapata
United States District Court
405 West Congress Street
Tucson, AZ 85701

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2005, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

SBaskin@kilpatrickstockton.com, MMontgomery@kilpatrickstockton.com

Amanda Dawn Crutchfield   acrutchfield@mhb-law.com

Kenneth A Godlewski   KGodlewski@kilpatrickstockton.com, MMontgomery@kilpatrickstockton.com

Edwin F Hendricks, Sr.   efhendricks@mhb-law.com

Jennifer P Nore   jpnore@mhb-law.com, eszafranski@mhb-law.com

Cary Sandman   css@wechv.com, kabel@wechv.com

4:04-cv-66 Notice will be delivered by other means to:

I hereby certify that on December 13, 2005, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

Melvin A Todd
Kilpatrick Stockton LLP
607 14th St NW
Ste 900
Washington, DC 20005

444524

3